JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAUHID HASAN IVORY, | ) NO. CV 10-6360 CJC (FMO) |
| Petitioner, | ) |
| v. | ) **JUDGMENT** |
| SECRETARY OF THE CDCR, et al., | ) |
| Respondents. | ) |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

Dated: September 3, 2010.

CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE